UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LOGMEIN, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action File No:<br>) 1:08-CV-0335<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tridia Corporation ("Tridia") dismisses **WITH PREJUDICE** all counts of its Complaint against Defendant LogMeIn, Inc. ("LogMeIn") in the above-styled case. Tridia files this dismissal as of right under Fed. R. Civ. Proc. 41(a)(1)(A)(i), as LogMeIn, who has not been served, has not yet filed an answer or motion for summary judgment in this action. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 29th day of May 2008.

        TROUTMAN SANDERS LLP

        /s/ James Schutz
        Douglas Salyers
        Georgia Bar Number 623425
        James Schutz
        Georgia Bar Number 630271
        Bank of America Plaza, Suite 5200
        600 Peachtree Street, N.E.
        Atlanta, Georgia  30308
        404-885-3000 (voice)
        404-885-3900 (facsimile)

        Attorneys for Tridia Corporation

## CERTIFICATION OF COMPLIANCE WITH L.R. 5.1

Counsel for Defendants certifies that this document was prepared with Times New Roman 14 point font.

        /s/ James Schutz
        James Schutz

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION, ) ) Plaintiff, ) ) v. ) ) ) LOGMEIN, INC. ) ) Defendant. ) | Civil Action File No: 1:08-CV-0335 |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF DISMISSAL WITH PREJUDICE was filed with the Court using the CM/ECF System and will be sent to the Defendant:

Michael J. Donahue
Vice President and General Counsel
LogMeIn, Inc.
500 Unicorn Park Drive
Woburn MA  01801


This 29th day of May 2008.

/s/ James Schutz
James Schutz